UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| YU HIN CHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-CV-492-CEA-DCP |
| | ) | |
| HECTOR LASALLE and ERIK CARLSON, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

This case is before the undersigned pursuant to 28 U.S.C. § 636 and the Rules of this Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application") [Doc. 1]. The Court **RECOMMENDS** that the District Judge **DENY** Plaintiff's Application [**Doc. 1**].

On October 15, 2025, the Court entered an Order noting that Plaintiff's Application was deficient [Doc. 7]. The Court stated:

> An individual who files a complaint in a district court must tender the full filing fee or he must file an application to proceed in forma pauperis. 28 U.S.C. § 1915(a). Plaintiff has not paid the required filing fee, nor has he submitted the proper documentation to proceed in forma pauperis. Instead, in his Application, he notes on most of the inquiries that he "prefer not to disclose" [Doc. 1]. This is not sufficient.

[*Id*. at 1]. The Court directed Plaintiff to complete his Application by November 7, 2025 [*Id*.]. It warned, "If Plaintiff fails to fully and timely comply with this Order, the Court shall presume he is not a pauper, shall assess the full amount of fees, and shall recommend the case be dismissed

for want of prosecution if he does not pay the filing fee" [*Id*. (citations omitted)]. Plaintiff has not completed his Application, and the deadline to do so has now expired.

Accordingly, the undersigned **RECOMMENDS** that the District Judge **DENY** Plaintiff's Application [**Doc. 1**].[1] The undersigned further **RECOMMENDS** that Plaintiff be afforded twenty-one (21) days to pay the filing fee and be advised that the failure to do so will result in a dismissal of his case without prejudice. *See Young v. Cameron*, No. 3:20-CV-680, 2020 WL 13093863, at \*2 (W.D. Ky. Oct. 13, 2020) (directing the plaintiff to pay the filing fee or file a fully completed in forma pauperis form and warning that failure to do so would result in dismissal of the action without prejudice); *Washington v. Berryhill*, No. 18-2385, 2018 WL 11260461, at \*1 (W.D. Tenn. June 5, 2018) ("If the plaintiff fails to file a properly completed *in forma pauperis* application or pay the filing fee within thirty days, his complaint may be dismissed without prejudice.").

Respectfully submitted,

*Debra C. Poplin*

Debra C. Poplin
United States Magistrate Judge

---

[1] Any objections to this Report and Recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party. Fed. R. Civ. P. 72(b)(2). Such objections must conform to the requirements of Federal Rule of Civil Procedure 72(b). Failure to file objections within the time specified waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 153–54 (1985). "[T]he district court need not provide *de novo* review where objections [to the Report and Recommendation] are '[f]rivolous, conclusive or general.'" *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982)). Only specific objections are reserved for appellate review. *Smith v. Detroit Fed. of Teachers*, 829 F.2d 1370, 1373 (6th Cir. 1987).